JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVEN J. MUEHLER, CLAUDIA M. MUEHLER, KOOROSH "DANNY" RAHIMI,  ALTAVISTA CAPITAL MARKETS, LLC, ALTAVISTA PRIVATE CLIENT, LLC, AND ALTAVISTA SECURITIES, LLC,<br><br>    Defendants. | Case No. 2:18-cv-01677-CAS-SKx<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL AS TO DEFENDANT CLAUDIA MUEHLER PURSUANT TO FED. R. CIV. P. 41(A)(2)** |

Pursuant to the request of Plaintiff Securities and Exchange Commission pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby dismisses all claims, without prejudice, against Defendant Claudia Muehler.

IT IS SO ORDERED.

Dated:  May 9, 2019

_____
UNITED STATES DISTRICT JUDGE

1